IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01184-MSK-MJW

ABBY M. LOCKE,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order to Extend Discovery Cutoff for Purposes of Allowing Deposition of Defendant's Retained Expert, John Craver (Docket No. 31) is granted. Accordingly, the Scheduling Order (Docket No. 16) is amended so as to extend the discovery deadline up to and including January 24, 2014, for the limited purpose of deposing defendant's expert John Craver.

Date: January 3, 2014